FRIENDSHIP IP PROTECTION LLC,

    Plaintiff,

    v.

META PLATFORMS, INC.,
INSTAGRAM, LLC, and
WHATSAPP LLC,

    Defendants.

C.A. No. 7:25-cv-00577-DC-DTG

## <u>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL</u>

Pursuant to Local Rule AT-3, Friendship IP Protection LLC ("Friendship IP") files this Unopposed Motion to Withdraw Andres Healy and Matthew Berry, of Susman Godfrey LLP, and Max Ciccarelli, of the Ciccarelli Law Firm, as Counsel (the "Motion") and shows:

1.    Friendship IP has retained alternate counsel.

2.    Accordingly, Andres Healy, Matthew Berry, and Max Ciccarelli, having appeared in the above referenced action on behalf of Friendship IP, will no longer be representing Friendship IP in this action.

3.    Friendship IP will continue to be represented in this action by David L. Hecht of Hecht Partners LLP, whose office is located at 111 Congress Avenue, Suite 500 Austin, TX 78701.

4.    Friendship IP has contacted Defendants Meta Platforms, Inc., Instagram, LLC, and WhatsApp LLC (collectively, "Defendants") with respect to the filing of this Motion. Defendants are unopposed to the granting of this Motion and the withdrawal of Andres Healy, Matthew Berry, and Max Ciccarelli as counsel for Friendship IP.

5.      Accordingly, Friendship IP asks the Court to grant this unopposed Motion and permit the withdrawal of Andres Healy, Matthew Berry, and Max Ciccarelli as counsel of record for Friendship IP in the above referenced action.

Date: February 5, 2026

Respectfully submitted,

*/s/* Andres C. Healy

Andres C. Healy
Washington State Bar No. 45578
ahealy@susmangodfrey.com
Matthew R. Berry
Washington State Bar No. 37364
mberry@susmangodfrey.com
SUSMAN GODFREY L.L.P.
401 Union Street Suite 3000
Seattle, WA 98101-2683
Telephone: (206) 505-3880
Facsimile: (206) 516-3883

**Max Ciccarelli** (TBN 00787242)
**Ciccarelli Law Firm**
100 N 6th Street, Suite 503
Waco, TX 76701
Phone: 214-444-8869
Email: max@ciccarellilawfirm.com

*Attorneys for Friendship IP Protection, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 5th day of February, 2026.

/s/ Andres C. Healy___